NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIJAH BOWDEN,                          )
                                        )
        Appellant,              )
                                        )
v.                                      )      Case No. 2D19-1208
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.               )
_____ )

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.

Elijah Bowden, pro se.


PER CURIAM.

        Affirmed.  See State v. Larzelere, 979 So. 2d 195 (Fla. 2008); Knight v.

State, 808 So. 2d 210 (Fla. 2002); Tucker v. State, 726 So. 2d 768 (Fla. 1999); State v.

Roby, 246 So. 2d 566 (Fla. 1971); Clough v. State, 136 So. 3d 680 (Fla. 2d DCA 2014);

Bowden v. State, 70 So. 3d 592 (Fla. 2d DCA 2011) (table decision); Doby v. State, 25

So. 3d 598 (Fla. 2d DCA 2009); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008);

Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Pratte v. State, 946 So. 2d

1184 (Fla. 2d DCA 2006); Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005); Hillman

v. State, 410 So. 2d 180 (Fla. 2d DCA 1982); Lopez v. State, 833 So. 2d 283 (Fla. 5th

DCA 2002); Roberts v. State, 813 So. 2d 1016 (Fla. 1st DCA 2002); Harris v. State, 789

So. 2d 1114 (Fla. 1st DCA 2001).


VILLANTI, LaROSE, and BADALAMENTI, JJ., Concur.